ORIGINAL

FILED
09/15/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 20-0089

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0089

IN RE THE MARRIAGE OF:

MARY MARTHA ROWE KORPI,

Petitioner and Appellee,

and

DANIEL CHRISTOPHE CHARLES ROWE,

Respondent and Appellant.

FILED

SEP 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This appeal is taken from the Order of Protection issued February 5, 2020 by the First Judicial District Court, Lewis & Clark County, Montana which precluded Appellant, Daniel Christopher Charles Rowe (Rowe), from having contact with his four minor children. Rowe asserts the District Court abused its discretion by entering the Order of Protection when the evidence was insufficient to establish the children were in danger of harm. From our review of the record, based on the evidence presented to the District Court at hearing February 4, 2020, the District Court did not abuse its discretion in entering the Order of Protection. Also, from our review of the record, the issue presented to us is now moot. The Order of Protection provided, "This Order of Protection shall remain in full force and effect until **August 5, 2020**." Thus, the Order of Protection terminated August 5, 2020, has not been extended, renewed or reissued, and has no further force or effect as of that date. Thus, the issue is now moot.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this 15th day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices